# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                       NO. 2021 KW 1622

VERSUS

PORTER MAJOR, JR.                                    **FEBRUARY 25, 2022**

---

In Re:    Porter Major, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-17-0923.

---

**BEFORE:    WHIPPLE, C.J., McCLENDON AND PENZATO, JJ.**

**WRIT DENIED.**   The East Baton Rouge Parish Clerk of Court has no record of receiving a Motion to Correct an Illegal Sentence (allegedly filed on July 17, 2021). Relator should file the motion with the district court before seeking relief from this court.

**VGW**
**PMc**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT